☐ ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------X

COLONEL A. ADAMS

                Plaintiff,

    -against -

WARNER BROTHERS PICTURES NETWORK,
AND CASTLE ROCK ENTERTAINMENT, AND
DISCOVERY OR SCIENCE CHANNEL NETWORK,
DVICE NUVA, DAYTONA ELEVATOR, MCKINLEY ELEVATOR,
PNEUMATICS VACUUM ELEVATORS LLC, INDIANA ELEVATOR, INC,
ENGADGET PNEUMATIC VACUUM ELEVATOR, AND BATCH / CONTINUOUS
PNEUMATIC ELEVATOR:
               Defendants
----------------------------------------------------X

**Jury Trial Demanded**

RECEIVED
SEP 0 8 2009
PRO SE OFFICE

COMP 09 CV 4000

TOWNES, J.

BLOOM, M.J.

I.  Parties:

    Plaintiff Colonel A. Adams, resides at 87 – 44 124th Street, Jamaica, NY 11418
        ( 718 ) 846 – 3040
        County of Residence of Queens

    Defendants Warner Brothers Pictures Network, and Castle Rock Entertainment,
           4000 Warner Boulevard
           Burbank, California 91522   ( Headquarters )
           ( 818 ) 954 – 6387   ( Fax.( 818 ) 954 – 6387 )
           1325 Avenue Of Americas ( 6th Ave . ) New York, NY 10019
           ( 212 ) 636 -5000

    Defendants Discovery or Science Channel Network ( Headquarters ),
           One View Lane P. O. Box  1089 Florence Kentucky, 41022
           ( 859 ) 342 – 8439 or 8409
           ( 800 ) 840 – 9869
           641 Lexington Avenue New York, NY 10022
           ( 212 ) 751 – 2120

Defendants are an corporation, incorporated under the laws of California, Florida, Indiana,
    Kentucky, and having a main office in their states, and some are  licensed to do
business  in New York.

( Continued on Page 1A )

**Cont'.**                          Page 1A

    Defendants* Dvice
          30 Rockefeller Plaza, 21th Floor
          New York, New York 10112 ( Copyright  2009 )

    Defendants*Daytona Elevator ( 386) 423 – 7226
          htt://www. Daytonaelevator.com/ requestform2.htm
          ( Copyright 2004 )
          440 Spring Forest Dr.
          New Smyrna Beach Florida, 32168

    Defendants* Mckinley Elevator Corporation
          17611 Armstrong Avenue
          Irvine CA  92614
          1 - ( 888 ) 553 – 8850
          ( Copyright 2006 )

    Defendants* Pneumatic Vacuum Elevators LLC,
          14804 S W  136th Street
          Miami, FL  33196
          ( 305 ) 235 – 6707
          E – Mail: info @ vacuumelevators.com

    Defendants* Indiana Residential Elevator, Inc.
          Emergency #  24/7 ( 317 ) 562 – 9833
          htt://www.vacuumelevator.com/

    Defendants* Engadget The Pneumatic Vacuum Elevator
          http://www.engadget.com/2005/05/02/the-pneumatic-vacuum-elevator/

    Defendants* Batch/continuous Pneumatic Elevator
          ( 866 ) 648 – 4151
          http://www.thefreelibrary.com/Batch%2Fcontinuous+elevator-a0 -
          140095620

Cont.                          Page 2

The jurisdiction of the Court is invoked pursuant to :

28 U.S.C. SS 112, New York State;28 U.S.C. SS 139 ( S) Corporation;
28 U.S.C. SS 1400 (a ) Copyright Action 820 Property Rights;
( 5 U.S.C. SS 552 ) Privacy Act ; ( Title 17 U.S.C. Of The Copyright Act SS 101/
501 – 504 Of The Unfair Competition Act and Statutes/ Trade Secrets Act SS
45 – 49 ., etc.

## BACKGROUND

### Procedural History

NOTICE IS HEREBY GIVEN that Plaintiff, Colonel A. Adams request a refile

reconsideration remand motion based on the following circumstances of law and

statutes concerning previous case ( 1: 05 -CV- 5211 (SLT) (LB) and new Action to be

filed concerning second Infringement by parties, and flawed Court Records and Judgment

concerning plaintiffs U.S. Constitutional rights as an copyright author and citizen.

In addition, pursuant ( " Discovery ") Rule SS 13, 24 – 31, 46, 52(4), 53 C.J.S 635,

A & E / 78 Motions & Orders 60/ 131 – 133 A & E, C.J.S.; because items are critical to

previous case and new application it is essential to the merits and record of the Court

that these Federal Questions be addressed for new trial concerning second infringement

matters and case. In reference to issues concerning previous case, plaintiff wasn't aware of

some of the options and standards concerning Motions & Orders relating to continual

amending of motions for reconsideration in District Court when there is an clerical error

that's why plaintiff called the Pro Se clerk for advice; If the Court would look at its' own

Judgment and Order Brief the Court will see an clerical error on the time line dates of the

first event of the infringement date November. 7, 2005 , which is incorrect for record, the

correct date time line is November. 10, 2004 its on first Complaint of plaintiffs action;

( Continued on Page 3 )

<u>Cont'.</u>                                    Page 3

### Discussion

**A.   Legal Standard**

As I Quote The Court:

As the Supreme Court Recently held in Bell Atlantic Corp.  v. Twombly, _ U.S. _, _,

127 S. Ct. 1955, _ L. Ed. _ (2007), a complaint must be dismissed pursuant to Rule 12(b)(6)

of the Federal Rules of Civil Procedure for Failure to state a claim upon which relief can be

granted if it does not plead " enough facts to state an claim to relief that is <u>plausible on its</u>

<u>face"</u>. Id. At  1974 (rejecting the traditional 12(b)(6)**( <u>Clerical Error )</u> standard set forth in

Conley v. Gibson, 355 U.S. 41, 45-46 ( 1957 )). To survive an motion to dismiss, the factual

allegations in the complaint " must be enough to raise an right to relief above the speculative

level. " Bell Atl., 127 S. Ct. at 1965. If a plaintiff has " not nudged [ his ] claims across the

line from conceivable to plausible, [ his ]complaint must be dismissed. " Id. At 1974.;

Plaintiffs' Complaint on 06/29/07 was dismissed in its entirety with prejudice, unfairly

without all the Evidence from defendants, filed in Court Records ( " Discovery " ) and a

Writ of Error was filed pursuant to <u>Rule</u>  SS 13, 24 – 31, 46, 52(4), 54, C.J.S. 635, A&E}

MO State EX. REL. Howe v. Hughes , 343 Mo. 827, 123 S.W. 2D 105 ( 1938 );

Plaintiff also contest that concerning original U.S.C. Drawing, Registration Number#.

V au.591-803, was not in Court Record, nor Ordered from the U.S.CO. ,according to U.S.C.O

rules and regulations, ( Compendium I, II: Copyright Office Practices ( Chapter 1900 ),

RECORDS, INDEXES, AND DEPOSITS OF THE COPYRIGHT OFFICE: INSPECTION,

COPYING, ADDITIONAL CERTIFICATES, AND OTHER CERTIFICATES;

( Continued on Page 4   )

<u>Cont'.</u>                          Page 4

<u>Section:SS</u> 1902, *1902.08, 1903, 1903.01[ref. Inspection of Copyright Office Records

in General; Materials Not Open For Public Inspection; Copying Copyright; (see) also

1904 and 1906; and 17 U.S.C. 706(b) and 37 C.F.R. 201.2(d);

In reference, to the Courts Opinions concerning controlling data, it is without question

that plaintiff has met the criteria to survive an motion to dismiss, based upon the factual

allegations of Federal Law and Rules concerning Complaint, plaintiff has raised a right to

relief above the speculative level, concerning the previous and second new action involving

defendants infringement of plaintiffs' U.S. Copyright  design without Permission to

broadcast, use, and build, such as in the new case concerning defendants action in the

**( Observed Date: 07/06/ 09 at 7:00am- thur- 8:00am )**

episode : Discovery or Science channel 111 ; Beyond Tomorrow 3 -- episode # 8 involving ,

Don Ferrell and Dawn O" Conner, collaborating to build a Pneumatic Elevator in their home

which transgresses plaintiffs' U.S. Copyright claim.  Based upon Plaintiffs' claim and title of

**ATST & TSSS ( Va u. 591 – 803)** which is a trade- secret, was one of the reasons

plaintiff had to amend the first complaint, because plaintiff informed the Court and defendants

in Motion for Default Judgment or Reply Motion to Dismiss that Litigation Statement-

Form LS ( 17 U.S.C. 706( b) and 37 C.F.R. 201.2(d) ) must be used according to U.S.C.O

Rules and Regulations, referenced above in the text. This is the second reason why

plaintiff gave the Court and the defendants a Draft of the original art from September.1982,

because only the Title is revealed which is also an trade-secret, but Mandatory to register

copyright work, and also later, according to U.S.C.O. Regulations works could be up-graded

for errors and new related material according to trade-secrets etc., in Supplementation;

( Continued on Page 5 )

Cont'.                          Page 5

Furthermore, as a breach in Federal Statutes and Unfair Competition Act , ( SS 45 –

49,101,106,106a 501 – 504, 706(b)) ; defendants continue to broadcast and sell merchandise

described, in first Complaint to Court without any accountability to Laws and Regulations

governing U.S. Copyright Procedures and Rights and Protections of Intellectual Property

Personnel ( Michael Stillman v. Leo Burnett. Co.

United States District Court, N.D. Illinois, 1989. 720 F. Supp. 1353. see also

562 F. 2d at 1169

**B.     Plaintiffs' Copyright Claim**

On June. 6,2003, plaintiff was issued a U.S. Copyright Certificate for design

**( ATST & TSSS / Registration # V au. 591 – 803 );** with the induction of the

copyright application in the U.S.C.O., plaintiffs' drawing indicates specifically what the

design is because it's mandatory for registration and protection in case of potential

infringement violators. The copyright claim consist of Rights to an original exclusive design

by creating a work in size and structure to support transportation of passengers and

cargo by the means of an Pneumatic Tunnel with Pneumatic Vehicles Trains or tubes and

various other capabilities, which are trade-secrets I wish to disclose upon construction of

project during patent process certification as my right under the 17 U.S.C. ACT concerning

Supplementation described above in previous text. There are several methods of usage

plaintiff lay claim to that are trade-secrets , acknowledging that Pneumatic bank tubes used at

some automata's  banks are not new, plaintiffs'  claim is original and exclusive because it

(   Continued on Page 6   )

Case 1:09-cv-04000-SLT -LB   Document 1    Filed 09/08/09   Page 7 of 22

## SCIENCE

# TV Listings — 07/06/2009

| 12:00 am | **How It's Made 5** -- *Episode 16*<br>(30 minutes)<br>TV-G, CC |
|---|---|
| 12:30 am | **How It's Made 5** -- *Episode 17*<br>(30 minutes)<br>TV-G, CC |
| 1:00 am | **How It's Made 5** -- *Episode 18*<br>(30 minutes)<br>TV-G, CC |
| 1:30 am | **How It's Made 5** -- *Episode 19*<br>(30 minutes)<br>TV-G, CC |
| 2:00 am | **How It's Made 5** -- *Episode 12*<br>(30 minutes)<br>TV-G, CC |
| 2:30 am | **How It's Made 5** -- *Episode 13*<br>(30 minutes)<br>TV-G, CC |
| 3:00 am | **The Detonators** -- *Demolition*<br>(60 minutes)<br>TV-G, CC |
| 4:00 am | **The Detonators** -- *Pyromania*<br>(60 minutes)<br>TV-G, CC |
| 5:00 am | **The Detonators** -- *Sheer Force*<br>(60 minutes)<br>TV-G, CC |
| 6:00 am | **Ultimate Guide: Dogs** --<br>(60 minutes)<br>TV-G, CC |
| 7:00 am | **Beyond Tomorrow 3** -- *Episode 8*<br>(60 minutes)<br>TV-G, CC |
| 8:00 am | **Colossal Construction** -- *South Ferry Terminal Subway Station*<br>(60 minutes) |

Case 1:09-cv-04000-SLT -LB   Document 1    Filed 09/08/09   Page 8 of 22

# Dawn O'Connor

Owner, www.daytonaelevator.com

| | |
|---|---|
| **Current** | • **Owner at www.daytonaelevator.com** |
| **Connections** | **3 connections** |
| **Industry** | Construction |

# Dawn O'Connor's Experience

## Owner
**www.daytonaelevator.com**

Currently holds this position

Return to Home Page

Download



11-29-04

# BARNES&NOBLE
## BOOKSELLERS

Store Number 2216 | 91 Old Country Road | Carle Place, NY 11514 | (516)741-9850

**For assistance in locating any of these products or to place an order, please ask a bookseller.**

## The Polar Express
### DirectorRobert Zemeckis



**Store Price: $20.99**

Dvd Children, Dvd Family

**DVD**, 100 min.

**Rating:** G

**WARNER HOME VIDEO**

**Product #:**
0883929036660

**Release Date:** October 2008

**B&N Sales Rank:** 14017

✓**In-store**
✓**In Stock**
**(See a bookseller to order this item)**
**Orders Arrive in 3 - 4 Business Days (Includes Ground Shipping)**

**Other Formats:** (DVD| Blu-Ray DVD| HDD - High Definition DVD)

## Production and Technical Nodes
**Presentation:** DVD
**Time:** 100 min.

## About This Item

### Work Review

*The Polar Express* was slow to pull out of the station in its theatrical run, but it gathered steam and continued to draw audiences throughout the 2004 holiday season, defying the typical pattern. It would be inaccurate to call it a â€œlittle engine that could,â€ though, as director Robert Zemeckisâ€™ adaptation of the Chris Van Allsburg book is pretty much a roaring locomotive thrill ride. Zemeckis, who pushed the visual effects envelope with such films as *Who Framed Roger Rabbit?* and *Forrest Gump*, employs a process called "performance capture," digitally translating the movements of human actors into hyper-realistic animation. What the film lacks in personality, it more than makes up for with breathtakingly beautiful snowscapes. However, it threatens to derail in the time-padding action sequences that would be more at home in a video game, as the Express careers up and down mountains and skids across a frozen lake en route to its rendezvous with St. Nick. Keeping the film on track is Tom Hanks, who provides the human host for several characters, including the young boy (voiced by Daryl Sabara), the conductor, and a mysterious hobo who inexplicably camps on top of the train. Further powering *The Polar Express* are a heart-melting, Oscar-nominated ballad ("Believe"), a rollicking showstopper complete with dancing waiters ("Hot Chocolate"), and the instantly recognizable Jerry Lewis tones of prolific voice-over artist Eddie Deezen as Know-It-All, who has a lot to learn when it comes to Santa Claus.

## Customers who bought this book also bought
Dr. Seuss's How the Grinch Stole Christmas
By Rick Baker
Shrek
By Vicky Jenson
Bug's Life
By Andrew Stanton
Ice Age: The Meltdown
By Carlos Saldanha
Home Alone
By Chris Columbus

# BARNES&NOBLE
## BOOKSELLERS

Store Number 2216 | 91 Old Country Road | Carle Place, NY 11514 | (516)741-9850

---

**For assistance in locating any of these products or to place an order, please ask a bookseller.**

## Art of the Polar Express
### Mark Vaz,Chronicle Books,Steve Starkey,Steve Starkey,Robert Zemeckis(Introduction)



**Store Price: $40.00**

Film/Tv/Radio/Vid, FILM STUDIES, Film Studies, Animation

**Trade Cloth**, 144 pages

**Chronicle Books LLC** - November 2004

**Product #:** 9780811846592

**B&N Sales Rank:** 638612

X **not In-store**
✓**In Stock**
**(See a bookseller to order this item)**
**Orders Arrive in 3 - 4 Business Days (Includes Ground Shipping)**

## About This Item
### From the Publisher

*The Art of The Polar Express* celebrates the transformation of Chris Van Allsburg's celebrated children's book *The Polar Express* into a full-length, animated feature film through a fascinating collection of concept art, production storyboards, and computer-generated renderings. Production designer Doug Chiang shares his original, never-before-seen artwork that evolved into the final motion picture. Weaving these pieces together are candid interviews with the star-studded cast and crew, including Robert Zemeckis and his team of filmmaking visionaries, that deliver rare insight into the film as they divulge the secrets behind their creative process.

### Synopsis

*The Art of The Polar Express* celebrates the transformation of Chris Van Allsburg's celebrated children's book *The Polar Express*

### Author Description

Mark Cotta Vaz recently completed his 19th book, a biography of Merian C. Cooper, creator of King Kong which is scheduled to be published by Random House in 2005. Vaz's books on movie history include Industrial Light + Magic: Into the Digital Realm , which

## Customers who bought this book also bought
The Anime Art of Hayao Miyazaki, Dani Cavallaro
Mouse under Glass, David Koenig
The Bleach Breakdown, Kazuhisa Fujie, Daniel Komen
Forbidden Animation, Karl F. Cohen
The Colored Cartoon, Christopher Lehman

## Publisher Information
Chronicle Books LLC
85 Second St.
San Francisco, CA94105
800-722-6657

**Thank you for shopping at Barnes & Noble**

# About Us

**Pneumatic Vacuum Elevators LLC** we are an innovative, technology driven company that is revolutionizing how people and goods are transported vertically. By the application of simple principles of physics, no nonsense solutions and the utilization of attractive materials we literally have initiated the transportation within a bubble. We think outside of the box, having our customer's always in mind and with our engineering capabilities second to none, we are proud to design and manufacture safe and reliable elevators in use worldwide. Our design is unique based around our patented technology.

At Pneumatic Vacuum Elevators we proud ourselves to only utilize materials and components of the highest quality available, so as to minimize any maintenance, regular component replacement and service requirements.

Our worldwide networks of over 80 authorized dealers have all received in house technical training at our integrated manufacturing facility in Miami, Florida, USA. We now have customers on 5 continents and it is in this way we can assure them the best quality of installation and service.

PVE is constantly expanding and if you are currently involved in the elevator industry we would be pleased to hear from you as a dealer or you can join a dynamic motivated team by checking our

WE LISTEN TO OUR CUSTOMERS SO PLEASE DO NOT HESITATE TO CALL US

Case 1:09-cv-04000-SLT -LB   Document 1    Filed 09/08/09   Page 13 of 22



## step into the capsule, we're blasting off...

Home

**A WORK OF ART**

We are the Designers and Manufacturers of the Air Driven
Elevator Safe, Simple, Innovative, Environmentally Friendly,
Reliable and Clean.

- **First pneumatic vacuum elevator
  in the world.**
- Elegant, functional and compact design.
- Revolutionary Technology.
- Two to Four stops for residential and special
  commercial usage.
- 6-8 hour installation.
- No excavation, no hoist way, no costly
  infrastructures.
- No energy consumption during descent and
  low when ascending with 220 Volt turbines.
- Panoramic 360° visibility.
- Highest safety during power outages and
  freefall.
- Lowest maintenance with no lubrication
  required.
- Exceptional price/value.









**ARABIC**

**GERMAN**

**Pneumatic Vacuum Elevators
LLC.**
14804 SW 136th Street,
Miami, FL 33196,
USA

Case 1:09-cv-04000-SLT -LB   Document 1   Filed 09/08/09   Page 14 of 22   Page 2 of 2



Case 1:09-cv-04000-SLT-LB   Document 1   Filed 09/08/09   Page 15 of 22

Sign in to get                   New customer?

Movies & TV



## The Polar Express (Full Screen Edition) (2004)

**Director:** alan silvestri **Rating:**      **Format:**

~~$19.98~~

$ & eligible for **FREE Super Saver Shipping** on orders over $25. Details

Ships from and sold by **Amazon.com**. Gift-wrap available.

**Want it delivered Thursday, July 23?** Order it in the next 3 hours and 22 minutes, and choose **One-Day Shipping** at checkout.

from
from

**Also Available in:**      **List Price: Our Price: Other Offers:**
~~$20.00~~          from
                    from
                    from

**Quantity:** 1

*or*

to turn on 1-Click ordering.

*or*

**Amazon Prime Free Trial required. Sign up when you check out.**

**More Buying Choices**

200 used & new

Have one to sell?

**Watch It Now**

Buy and watch now:

amaz n video

This year, Barbie turns 50. (We know--she doesn't look a day over 25!) As a special gift for all her fans, some of Barbie's latest DVD hits are now available for less than $12.

- **Kids & Family Mega Sale:** DVDs as low as $5.99, discounted customized music, and toys up to 60% off.
- **Summer Blockbuster Sale:** For a limited time, get big budget films for low budget prices. on hit films. Hurry, offer ends soon.
- **Save up to 57% on Pixar Classics:** Exhilarated by *Up*? Get all your Pixar favorites now and save up to 57% off.

        **Price For All Three:**

**This item:** The Polar Express (Full Screen Edition) **DVD** ~ alan silvestri

**by 3D Glasses**

**DVD** ~ Cayden Boyd

Case 1:09-cv-04000-SLT -LB Document 1 Filed 09/08/09 Page 16 of 22

Sign in to get ... New customer? ...

**Books**

## The Art of The Polar Express (Hardcover)

by ___ (Author), ___ (Author), ___ (Introduction) "Christmas. It's a word planted like a seed in the human heart that bursts forth in its season and is rooted in the deepest human..." (___)
**Key Phrases:** ___ (___) (___)

~~$40.00~~

& this item ships for **FREE with Super Saver Shipping**. ___

Ships from and sold by **Amazon.com**. Gift-wrap available.

**Want it delivered Thursday, July 23?** Order it in the next 3 hours and 5 minutes, and choose **One-Day Shipping** at checkout.

___ from ___  ___ from ___

| Also Available in: | List Price: | Our Price: | Other Offers: |
|---|---|---|---|
| ___ (Bargain Price) | | | ___ from |

**Quantity:** 1

or

to turn on 1-Click ordering.

**or**

**Amazon Prime Free Trial required. Sign up when you check out.**

**More Buying Choices**

57 used & new from

Have one to sell?

**Tell the Publisher!**

Don't have a Kindle?

  

**Price For All Three:**

**This item:** The Art of The Polar Express by Mark Cotta Vaz
___ by Chris Van Allsburg
**DVD** ~ alan silvestri

Page 1 of 20

Stylish & Elegant Elevators for your Home or Condominium



Indiana Residential Elevator specializes in Home Elevator Sales, Service, and Installation. We offer installation of the Pneumatic Vacuum Elevator anywhere within the United States.

Pneumatic Vacuum Elevators are easy and fast to install, maintain, and operate than traditional elevators. For existing home applications, the overall cost may be much less expensive than traditional home elevators because a hoist way and pit are not required.

Home

About

How do they work?

Free Quote

Contact Us



Pneumatic Vacuum Elevators are available only for home and condominium installations.

Pneumatic Vacuum Elevators use air pressure above and beneath the cab car to safely transport anyone up and down.
to see a drawing illustrating how it works.

Pneumatic Elevators offer Elegant Beauty with a purpose.

If you would

Stylish & Elegant Elevators for your Home or Condominium



Indiana Residential Elevator would like the opportunity to serve you. Please feel free to call us Monday through Friday between 8:00 AM and 4:30 PM, Eastern Standard Time.

**Home**

**About**

**How do they work?**

**Free Quote**

**Contact Us**

If you would like to send us an email, please use the Staff Directory located on this page and click on the email link.

**In case of emergency**, call our our 24/7 answering service at 1-317-562-9833.

| Name | Title | Email |
|------|-------|-------|
| Mike Keough | General Manager | Mike@MetroElevator.com |
| Charles Ernstes | President | Charlie@MetroElevator.com |
| April Nemeth | Union Administration | April@MetroElevator.com |
| Emergency Service | Answering Service | |
| Amber Shores | Sales Assistant | Amber@MetroElevator.com |
| Gary Herrington | Interior Elevator Sales and Service | Gary@MetroElevator.com |
| Heather Lauder | Office Manager | Heather@MetroElevator.com |

v ce

http://www.vacuumelevator.com/gpage2.html

7/29/2009

McKinley Equipment Corporation

# Home Elevators and Residential Elevators - Best in California

**McKinley Elevator Corporation**
Please call toll free: **1-888-553-8850**
or email us: **sales@mckinleyelevator.com**

Quality Elevator Sales - Service - Repairs - Maintenance of your Home Elevators. Pneumatic Vacuum Elevators for Residential applications.

Attractive Home Elevator design. Full installation and service for all pneumatic vacuum elevator types and styles.

For Residential Elevators or Accessibility Options and Systems, please visit our web site for **Personal Home Elevators and Lifts.**



Home Elevators and Residential Elevators and lifts will not only enhance the value of your home, but provide you with a beautiful, elegant new look for your private residence. McKinley has a reputation for fast, quality and reliable home pneumatic elevators. At the same time, a vast array of home elevators and lifts are installed in order to meet the practical needs of the disabled and elderly in order that they may function with ease in a multi-level dwelling.

McKinley

McKinley Equipment Corporation

# Home Elevator and Residential Vacuum Elevators

Providers of quality Pneumatic Vacuum Elevators for your Residential or Home. Sales, Service, Maintenance, Repairs and after sales elevator support.

Luxury Home Elevators and Residential Elevators all types of elevator systems.

Is your home split level or multi level call us for a price on your next in **Home Elevator or Residential Elevators - 888-553-8850.**

**McKinley Equipment Corporation:** for all your Accessibility and Material Handling product needs, servicing all of California.

Pneumatic Vacuum Elevator: the elevator manufacturer's site.



Elevator Sales - Service - Repairs - Maintenance of your Home Elevators.
Pneumatic Vacuum Elevators for Residential applications.

contact McKinley Elevator Corporation for more information on your Residential or Home Elevators, servicing all of California

Case 1:09-cv-04000-SLT -LB   Document 1   Filed 09/08/09   Page 21 of 22

Search DVICE

3:32 PM ON 07

It's no surprise that NuVa is a Japanese company, because its pneumatic and compact ones we've ever seen. It offers its occupant 360° of vision on the journey up and down, and, thanks to its simple tube-like design, it could fit in a variety of locales, from homes to offices. It only fits one at a time, though, so it wouldn't do so well . Sadly, we don't know much more than how awesome this thing looks.

Check out the           below for more images of the NuVa pneumatic elevator, and a video of the elevator in action by

Case 1:09-cv-04000-SLT -LB   Document 1   Filed 09/08/09   Page 22 of 22



# Federal Trade Commission
## Protecting America's Consumers

**We have received your complaint.**

Thank you for contacting the FTC. Your complaint has been entered into Consumer Sentinel, a secure online database available to thousands of civil and criminal law enforcement agencies worldwide. Your reference number is:

23519434

Here are links to the publications you may find useful:

**ID THEFT: WHAT'S IT ALL ABOUT**

**Click here for a printable version of your complaint that you can take with you to your local law enforcement office**

If you want to update your information or have any questions, please call our Consumer Response Center. 1-877-FTC-HELP. Keep your reference number handy.

Submit Another Complaint

 Print

**OMB #3084-0047**

>

https://www.ftccomplaintassistant.gov/FTC_Wizard.aspx?Lang=en                7/28/2009