UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
COLONEL A. ADAMS,

              Plaintiff,

    -v-

WARNER BROTHERS PICTURES
NETWORK; and CASTLE ROCK
ENTERTAINMENT; and DISCOVERY
OR SCIENCE CHANNEL NETWORK;
DVICE NUVA; DAYTONA ELEVATOR;
MCKINLEY ELEVATOR; PNEUMATICS
VACUUM ELEVATORS LLC; INDIANA
ELEVATOR, INC.; ENGADGET PNEUMATIC
VACUUM ELEVATOR; and BATCH/
CONTINUOUS PNEUMATIC ELEVATOR;

              Defendants.
------------------------------------------------------------------x
TOWNES,  United States District Judge.

**JUDGMENT**

09-CV-4000 (SLT)(LB)

    Pursuant to the order issued ___September 23, 2009___ by the Honorable Sandra
L. Townes, dismissing the complaint, it is

    **ORDERED, ADJUDGED AND DECREED**: That the complaint is hereby dismissed.  The
Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's order would not
be taken in good faith and therefore *in forma pauperis* is denied for purpose of appeal.

/S/
/SANDRA L. TOWNES
 United States District Judge

Dated: Brooklyn, New York
    September 23, 2009