Case 1:09-cv-04000-SLT -LB   Document 7   Filed 09/25/09   Page 1 of 19

**SCIENCE**            ORIGINAL

*EXHIBIT*
*# 01*

*THIS ARE EXHIBITS*
*FOR AMENDED*
*COMPLAINT FILED*
*09/24/09. ADDED*
*TO*
*1:09-CV-*
*4000 SLT-*
*LB*

*M.L/A.R.*
*09-25-09*

## TV Listings — 07/06/2009

| | |
|---|---|
| 12:00 am | **How It's Made 5** -- *Episode 16* <br> (30 minutes) <br> TV-G, CC |
| 12:30 am | **How It's Made 5** -- *Episode 17* <br> (30 minutes) <br> TV-G, CC |
| 1:00 am | **How It's Made 5** -- *Episode 18* <br> (30 minutes) <br> TV-G, CC |
| 1:30 am | **How It's Made 5** -- *Episode 19* <br> (30 minutes) <br> TV-G, CC |
| 2:00 am | **How It's Made 5** -- *Episode 12* <br> (30 minutes) <br> TV-G, CC |
| 2:30 am | **How It's Made 5** -- *Episode 13* <br> (30 minutes) <br> TV-G, CC |
| 3:00 am | **The Detonators** -- *Demolition* <br> (60 minutes) <br> TV-G, CC |
| 4:00 am | **The Detonators** -- *Pyromania* <br> (60 minutes) <br> TV-G, CC |
| 5:00 am | **The Detonators** -- *Sheer Force* <br> (60 minutes) <br> TV-G, CC |
| 6:00 am | **Ultimate Guide: Dogs** -- <br> (60 minutes) <br> TV-G, CC |
| 7:00 am | **Beyond Tomorrow 3** -- *Episode 8* <br> (60 minutes) <br> TV-G, CC |
| 8:00 am | **Colossal Construction** -- *South Ferry Terminal Subway Station* <br> (60 minutes) |



RECEIVED
SEP 2 5 2009
PRO SE OFFICE

*ExHIBIT*
*# 02*

# Dawn O'Connor

Owner, www.daytonaelevator.com

| | |
|---|---|
| **Current** | ● **Owner at www.daytonaelevator.com** |
| **Connections** | 3 connections |
| **Industry** | Construction |

## Dawn O'Connor's Experience

**Owner**

**www.daytonaelevator.com**

Currently holds this position

Return to Home Page



11-29-04



Case 1:09-cv-04000-SLT-LB Document 7 Filed 09/25/09 Page 5 of 19

EXHIBIT
# 03

Sign in to get                    New customer?

Books



## The Art of The Polar Express (Hardcover)

by ___ ___ (Author), ___ ___ (Author),
___ (Introduction) "Christmas. It's a word planted like a seed in the
human heart that bursts forth in its season and is rooted in the deepest
human..." ( ___ )
Key Phrases: ___ , ___ ___ , ___ ( ___ )
( ___ )

Quantity: 1

or
to turn on 1-Click ordering.

or

~~$40.00~~

& this item ships for **FREE** with Super
Saver Shipping. ___

**Amazon Prime Free Trial
required. Sign up when you
check out.**

Ships from and sold by **Amazon.com**. Gift-wrap available.

**More Buying Choices**

___ from

Have one to sell?

**Tell the Publisher!**

**Want it delivered Thursday, July 23?** Order it in the next ___
___ , and choose **One-Day Shipping** at checkout.

from          from

Don't have a Kindle?

| Also Available In: | List Price: | Our Price: | Other Offers: |
| --- | --- | --- | --- |
| (Bargain Price) | | | ___ from |

 

**Price For All Three:**

**This item:** The Art of The Polar Express by Mark Cotta Vaz
by Chris Van Allsburg
**DVD** ~ alan silvestri

Page 1 of 20

Case 1:09-cv-04000-SLT -LB   Document 7   Filed 09/25/09   Page 6 of 19

Sign in to get                    New customer?

**Movies & TV**



# The Polar Express (Full Screen Edition) (2004)

**Director:** ~~alan silvestri~~ **Rating:**    **Format:**

$19.98

& eligible for **FREE Super Saver Shipping** on orders over $25.

Ships from and sold by **Amazon.com**. Gift-wrap available.

**Want it delivered Thursday, July 23?** Order it in the next 1 hour and 27 minutes, and choose **One-Day Shipping** at checkout.

from

from

**Also Available In:**     **List Price: Our Price: Other Offers:**
$28.99                                from
                                      from
                                      from

This year, Barbie turns 50. (We know--she doesn't look a day over 25!) As a special gift for all her fans, some of Barbie's latest DVD hits are now available for less than $12.

**Quantity:** 1

or
to turn on 1-Click ordering.
or

**Amazon Prime Free Trial required. Sign up when you check out.**

**More Buying Choices**

100 used & new

Have one to sell?

**Watch It Now**

buy and watch now:

amaz n video

- **Kids & Family Mega Sale:** DVDs as low as $5.99, discounted customized music, and toys up to 60% off.
- : For a limited time, get big budget films for low budget prices.    on hit films. Hurry, offer ends soon.
- **Save up to 57% on Pixar Classics:** Exhilarated by *Up*? Get all your Pixar favorites now and save up to 57% off.

   **Price For All Three:**

**This Item:** The Polar Express (Full Screen Edition) **DVD** ~ alan silvestri
                                                      by 3D Glasses
**DVD** ~ Cayden Boyd

*EXHIBIT # 04*

# BARNES&NOBLE
## BOOKSELLERS

Store Number 2216 | 91 Old Country Road | Carle Place, NY 11514 | (516)741-9850

**For assistance in locating any of these products or to place an order, please ask a bookseller.**

## The Polar Express
### DirectorRobert Zemeckis



**Store Price: $20.99**

Dvd Children, Dvd Family

**DVD**, 100 min.

**Rating:** G

**WARNER HOME VIDEO**

**Product #:** 0883929036660

**Release Date:** October 2008

**B&N Sales Rank:** 14017

✓In-store
✓In Stock
(See a bookseller to order this item)
Orders Arrive in 3 - 4 Business Days (Includes Ground Shipping)

**Other Formats:** (DVD| Blu-Ray DVD| HDD - High Definition DVD)

## Production and Technical Nodes
**Presentation:** DVD
**Time:** 100 min.

## About This Item

### Work Review

*The Polar Express* was slow to pull out of the station in its theatrical run, but it gathered steam and continued to draw audiences throughout the 2004 holiday season, defying the typical pattern. It would be inaccurate to call it a âCœlittle engine that could,âC□ though, as director Robert ZemeckisâC™ adaptation of the Chris Van Allsburg book is pretty much a roaring locomotive thrill ride. Zemeckis, who pushed the visual effects envelope with such films as *Who Framed Roger Rabbit?* and *Forrest Gump*, employs a process called "performance capture," digitally translating the movements of human actors into hyper-realistic animation. What the film lacks in personality, it more than makes up for with breathtakingly beautiful snowscapes. However, it threatens to derail in the time-padding action sequences that would be more at home in a video game, as the Express careers up and down mountains and skids across a frozen lake en route to its rendezvous with St. Nick. Keeping the film on track is Tom Hanks, who provides the human host for several characters, including the young boy (voiced by Daryl Sabara), the conductor, and a mysterious hobo who inexplicably camps on top of the train. Further powering *The Polar Express* are a heart-melting, Oscar-nominated ballad ("Believe"), a rollicking showstopper complete with dancing waiters ("Hot Chocolate"), and the instantly recognizable Jerry Lewis tones of prolific voice-over artist Eddie Deezen as Know-It-All, who has a lot to learn when it comes to Santa Claus.

## Customers who bought this book also bought
Dr. Seuss's How the Grinch Stole Christmas
By Rick Baker
Shrek
By Vicky Jenson
Bug's Life
By Andrew Stanton
Ice Age: The Meltdown
By Carlos Saldanha
Home Alone
By Chris Columbus

# BARNES&NOBLE
## B O O K S E L L E R S

Store Number 2216 | 91 Old Country Road | Carle Place, NY 11514 | (516)741-9850

---

**For assistance in locating any of these products or to place an order, please ask a bookseller.**

---

## Art of the Polar Express
### Mark Vaz, Chronicle Books, Steve Starkey, Steve Starkey, Robert Zemeckis(Introduction)



**Store Price: $40.00**

Film/Tv/Radio/Vid, FILM STUDIES, Film Studies, Animation

**Trade Cloth**, 144 pages

**Chronicle Books LLC** - November 2004

**Product #:** 9780811846592

**B&N Sales Rank:** 638612

X **not In-store**
✓**In Stock**
**(See a bookseller to order this item)**
**Orders Arrive in 3 - 4 Business Days (Includes Ground Shipping)**

## About This Item
### From the Publisher
*The Art of The Polar Express* celebrates the transformation of Chris Van Allsburg's celebrated children's book *The Polar Express* into a full-length, animated feature film through a fascinating collection of concept art, production storyboards, and computer-generated renderings. Production designer Doug Chiang shares his original, never-before-seen artwork that evolved into the final motion picture. Weaving these pieces together are candid interviews with the star-studded cast and crew, including Robert Zemeckis and his team of filmmaking visionaries, that deliver rare insight into the film as they divulge the secrets behind their creative process.

### Synopsis
*The Art of The Polar Express* celebrates the transformation of Chris Van Allsburg's celebrated children's book *The Polar Express*

### Author Description
Mark Cotta Vaz recently completed his 19th book, a biography of Merian C. Cooper, creator of King Kong which is scheduled to be published by Random House in 2005. Vaz's books on movie history include Industrial Light + Magic: Into the Digital Realm , which

## Customers who bought this book also bought
The Anime Art of Hayao Miyazaki, Dani Cavallaro
Mouse under Glass, David Koenig
The Bleach Breakdown, Kazuhisa Fujie, Daniel Komen
Forbidden Animation, Karl F. Cohen
The Colored Cartoon, Christopher Lehman

## Publisher Information
Chronicle Books LLC
85 Second St.
San Francisco, CA94105
800-722-6657

**Thank you for shopping at Barnes & Noble**

*EXHIBIT # 05*

Stylish & Elegant Elevators for your Home or Condominium



Indiana Residential Elevator specializes in Home Elevator Sales, Service, and Installation. We offer installation of the Pneumatic Vacuum Elevator anywhere within the United States.

Pneumatic Vacuum Elevators are easy and fast to install, maintain, and operate than traditional elevators. For existing home applications, the overall cost may be much less expensive than traditional home elevators because a hoist way and pit are not required.

Home

About

How do they work?

Free Quote

Contact Us



Pneumatic Vacuum Elevators are available only for home and condominium installations.

Pneumatic Vacuum Elevators use air pressure above and beneath the cab car to safely transport anyone up and down.          to see a drawing illustrating how it works.

Pneumatic Elevators offer Elegant Beauty with a purpose.

If you would

Stylish & Elegant Elevators for your Home or Condominium



Indiana Residential Elevator would like the opportunity to serve you. Please feel free to call us Monday through Friday between 8:00 AM and 4:30 PM, Eastern Standard Time.

Home

About

How do they work?

Free Quote

Contact Us

If you would like to send us an email, please use the Staff Directory located on this page and click on the email link.

**In case of emergency**, call our our 24/7 answering service at 1-317-562-9833.

| Name | Title | Email |
|---|---|---|
| Mike Keough | General Manager | Mike@MetroElevator.com |
| Charles Ernstes | President | Charlie@MetroElevator.com |
| April Nemeth | Union Administration | April@MetroElevator.com |
| Emergency Service | Answering Service | |
| Amber Shores | Sales Assistant | Amber@MetroElevator.com |
| Gary Herrington | Interior Elevator Sales and Service | Gary@MetroElevator.com |
| Heather Lauder | Office Manager | Heather@MetroElevator.com |

http://www.vacuumelevator.com/gpage2.html

7/29/2009

Residential Elevator - Home

like a free, no obligation quote, please

## Features & Benefits

- Easy to Install.
- Panoramic Visability.
- Travels up to 35' high with up to 3 stops.
- Adds beauty to any home.
- Low Power Consumption going up.
- No Power Consumption going down.
- Highest Safety during power outages.
- No below grade pit required.
- No cables, pistons, or pulleys.
- No  separate machine room required.
- No costly elevator shafts required.
- Light and Resistant Structure built of aluminum and polycarbonate.
- Low maintenance.

VEC

|Home| |About| |How do they work?| |Free Quote| |Contact Us|

*EXHIBIT # 06*

# About Us

**Pneumatic Vacuum Elevators LLC** we are an innovative, technology driven company that is revolutionizing how people and goods are transported vertically. By the application of simple principles of physics, no nonsense solutions and the utilization of attractive materials we literally have initiated the transportation within a bubble. We think outside of the box, having our customer's always in mind and with our engineering capabilities second to none, we are proud to design and manufacture safe and reliable elevators in use worldwide. Our design is unique based around our patented technology.

At Pneumatic Vacuum Elevators we proud ourselves to only utilize materials and components of the highest quality available, so as to minimize any maintenance, regular component replacement and service requirements.

Our worldwide networks of over 80 authorized dealers have all received in house technical training at our integrated manufacturing facility in Miami, Florida, USA. We now have customers on 5 continents and it is in this way we can assure them the best quality of installation and service.

PVE is constantly expanding and if you are currently involved in the elevator industry we would be pleased to hear from you as a dealer or you can join a dynamic motivated team by checking our

WE LISTEN TO OUR CUSTOMERS SO PLEASE DO NOT HESITATE TO CALL US



## step into the capsule, we're blasting off...

Home

### A WORK OF ART

We are the Designers and Manufacturers of the Air Driven Elevator Safe, Simple, Innovative, Environmentally Friendly, Reliable and Clean.

- First pneumatic vacuum elevator in the world.
- Elegant, functional and compact design.
- Revolutionary Technology.
- Two to Four stops for residential and special commercial usage.
- 6-8 hour installation.
- No excavation, no hoist way, no costly infrastructures.
- No energy consumption during descent and low when ascending with 220 Volt turbines.
- Panoramic 360° visibility.
- Highest safety during power outages and freefall.
- Lowest maintenance with no lubrication required.
- Exceptional price/value.







**ARABIC**

**GERMAN**

Pneumatic Vacuum Elevators
LLC.
11484 SW 106th Street
Miami, FL 33196
USA



EXHIBIT
# 07

# Home Elevators and Residential Elevators - Best in California

**McKinley Elevator Corporation**
Please call toll free: **1-888-553-8850**
or email us: sales@mckinleyelevator.com

Quality Elevator Sales - Service - Repairs - Maintenance of your Home Elevators. Pneumatic Vacuum Elevators for Residential applications.

Attractive Home Elevator design. Full installation and service for all pneumatic vacuum elevator types and styles.

For Residential Elevators or Accessibility Options and Systems, please visit our web site for **Personal Home Elevators and Lifts.**



Home Elevators and Residential Elevators and lifts will not only enhance the value of your home, but provide you with a beautiful, elegant new look for your private residence. McKinley has a reputation for fast, quality and reliable home pneumatic elevators. At the same time, a vast array of home elevators and lifts are installed in order to meet the practical needs of the disabled and elderly in order that they may function with ease in a multi-level dwelling.

McKinley Equipment Corporation

# Home Elevator and Residential Vacuum Elevators

Providers of quality Pneumatic Vacuum Elevators for your Residential or Home. Sales, Service, Maintenance, Repairs and after sales elevator support.

Luxury Home Elevators and Residential Elevators all types of elevator systems.

Is your home split level or multi level call us for a price on your next in **Home Elevator or Residential Elevators - 888-553-8850.**

**McKinley Equipment Corporation:** for all your Accessibility and Material Handling product needs, servicing all of California.

................................................: the elevator manufacturer's site.



Elevator Sales - Service - Repairs - Maintenance of your Home Elevators.
Pneumatic Vacuum Elevators for Residential applications.

contact McKinley Elevator Corporation for more information on your Residential or Home Elevators, servicing all of California

*EXHIBIT # 08*



# Federal Trade Commission
## Protecting America's Consumers

## We have received your complaint.

Thank you for contacting the FTC. Your complaint has been entered into Consumer Sentinel, a secure online database available to thousands of civil and criminal law enforcement agencies worldwide. Your reference number is

23519434

Here are links to the publications you may find useful:

### ID THEFT: WHAT'S IT ALL ABOUT

**Click here for a printable version of your complaint that you can take with you to your local law enforcement office**

If you want to update your information or have any questions, please call our Consumer Response Center, 1-877-FTC-HELP. Keep your reference number handy.

Submit Another Complaint

Print

**OMB #3084-0047**

>

Case 1:09-cv-04000-SLT-LB   Document 7   Filed 09/25/09   Page 18 of 19

*EXHIBIT*
*# 8A*

Search DVICE

3:32 PM ON 07





It's no surprise that NuVa is a Japanese company, because its pneumatic and compact ones we've ever seen. It offers its occupant 360° of vision on the journey up and down, and, thanks to its simple tube-like design, it could fit in a variety of locales, from homes to offices. It only fits one at a time, though, so it wouldn't do so well                    . Sadly, we don't know much more than how awesome this thing looks.

Check out the        below for more images of the NuVa pneumatic elevator, and a video of the elevator in action by



Case 1:09-cv-04000-SET -LB   Document 7   Filed 09/25/09   Page 19 of 19



, via

By       at 9:34 PM ON 07/30/08

Finally it's the Jetsons elevator!!!!!!!

By       at 12:43 AM ON 07/31/08

This is NOT a new concept. These guys,                    have been making these
things for years. Why is this news?

By       at 9:48 AM ON 07/31/08

I agree. Kirk has been using a turbolift for 40 years!

By       at 7:27 AM ON 12/08/08

i could like to install this elevator in my home in Hong Kong. Please advise.
Thank you.

(required)

required)

(optional)